PEOPLE *v* PRICE; PEOPLE *v* EMBERTON. Appeal from Wayne, Thomas Roumell, J. Submitted Division 1 February 22, 1972, at Grand Rapids. (Docket Nos. 12026, 12047.) Decided March 31, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Carl Ziemba,* for defendant on appeal.

Before: R. B. BURNS, P. J., and HOLBROOK and T. M. BURNS, JJ.

MEMORANDUM OPINION. Defendants pleaded guilty to assault with intent to rob being armed and appeal. A motion to affirm has been filed by the people.

Upon an examination of the briefs and record it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.